**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Bradley Jared Barton v. Office of Attorney General

Appellate case number:   01-19-00677-CV

Trial court case number:  2018-84841

Trial court:             309th District Court of Harris County

      Appellant, Bradley Jared Barton, has filed a motion for extension of time in which to file his brief. On September 8, 2020, appellant filed his brief. Accordingly, appellant's motion for extension of time until September 8, 2020 to file his brief is **granted**.

      It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                             Acting individually

Date: September 15, 2020